J. JONES, J.,
specially concurring.
While I would hold that the Staffords are entitled to judicial review under former Idaho Code § 67-6519(4), I otherwise concur in the Court’s analysis of the issues presented in this case. Of particular concern is the fact that the County has refused to issue the certificate of occupancy for the Staffords’ addition, despite the fact that the Staffords have fully complied with the terms of the building permit, as acknowledged by the County’s counsel at oral argument. The Staffords are entitled to the certificate of occupancy and there appears to be no valid reason for the County to withhold it.
With regard to the jurisdiction issue, it appears to me that the Staffords are applicants “aggrieved by a decision” of a governing body within the meaning of Idaho Code § 67-6519(4), entitling them to judicial review. The decision that aggrieved them relates directly to the building permit. Without the certificate of occupancy, the building permit is of little use to them. Having complied with the terms of the permit, they are unequivocally entitled to the certificate of occupancy. That being said, there is no need to belabor the jurisdictional point because it appears that the County will be hard pressed to deny the Staffords the relief to which they are entitled.